UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WOLFE,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br><br>        Defendant. | Case No. 15-cv-04141-JSC<br><br>**ORDER RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 17 |

Plaintiff filed this action seeking review of the Commissioner of Social Security's decision concluding that he was liable for repayment of $30,455 for overpaid benefits pursuant to Section 204(a)(1)(A) of the Social Security Act, 42 U.S.C. § 404. On May 20, 2016, Plaintiff filed his motion for summary judgment. (Dkt. No. 17.) Defendant's opposition to the motion was due on June 20, 2016; however, to date, no opposition or statement of non-opposition has been filed. Defendant shall file her opposition or statement of non-opposition by July 1, 2016. Plaintiff's reply is due 14 days after the filing of Defendant's opposition.

**IT IS SO ORDERED.**

Dated: June 24, 2016

                                                                                   JACQUELINE SCOTT CORLEY<br>
                                                                                   United States Magistrate Judge